

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Marina Sukonnik**
Labor and Employment Law Division
phone: (212)-356-4015
email: msukonni@law.nyc.gov

August 18, 2025

**Via ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007

      Re:   Horland v. The City of New York et al.,
             Civil Action No.: 1:25-cv-05018-DLC-SDA

Dear Judge Cote:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent the New York University ("NYU") Langone Health, NYU Grossman School of Medicine, and Henry J. Carter Long Term Acute Care Hospital (collectively, "Defendants") in the above-referenced matter. I write to respectfully request that Defendants' time to respond to Plaintiff's Complaint be extended from August 19, 2025 to October 20, 2025. This is the first request for an adjournment to reply to Plaintiff's Complaint. Plaintiff consents to Defendants' extension request. There have been no previous requests for extension of Defendants' time to respond to the Complaint.

      By way of background, the Complaint was served on Defendants on July 29, 2025. This case was assigned to me on August 11, 2025, while I was on vacation. This extension is necessary to allow Defendants time to investigate the allegations of the Complaint and obtain information necessary for Defendants' response.

      I thank the Court for its consideration of this request.

Respectfully submitted,

/s/    *Marina Sukonnik*
Marina Sukonnik
Assistant Corporation Counsel

Granted.
/s/ Denise Cote
8/19/25

CC: All Counsel of Record (via ECF)