

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Marina Sukonnik**
Labor and Employment Law Division
phone: (212)-356-4015
email: msukonni@law.nyc.gov

January 20, 2026

**Via ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007

Re:  Horland v. The City of New York et al.,
25-cv-05018-DLC-SDA

Dear Judge Cote:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent the New York University ("NYU") Langone Health, NYU Grossman School of Medicine, and Henry J. Carter Long Term Acute Care Hospital (collectively, "Defendants") in the above-referenced matter. The parties write jointly to respectfully request that the initial pretrial conference, currently scheduled for January 23, 2026, be adjourned to a date after January 27, 2025 settlement conference before Judge Stewart D. Aaron. This is the parties' first request to adjourn the pretrial conference. No other scheduled deadlines will be impacted by the request.

This extension is requested as the parties are committed to good faith settlement discussions at an early stage in litigation. Given this, and the possibility of the parties resolving this matter at the January 27, 2025 settlement conference, the parties respectfully request that the initial pretrial conference be moved to a date after the settlement conference to conserve Court resources in the event the parties are able to resolve this matter at the settlement conference.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

*The conference is scheduled for 1/29 at 3⁰⁰ pm.*

*Denise Cote*
*1/20/26*

/s/     *Marina Sukonnik*
Marina Sukonnik
Assistant Corporation Counsel

CC: All Counsel of Record (via ECF)