# BALLON STOLL P.C.

COUNSELLORS AT LAW          FOUNDED 1931

810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

February 10, 2026

BINGYANG ZHANG
bzhang@ballonstoll.com

**VIA ECF**
Hon. Denise Cote
Southern District of New York
500 Pearl Street
New York, NY 10007

*The conference is adjourned to 2/19/26 at 2³⁰ p.m.*

*Denise Cote*

*2/11/26*

Re:    *Allan Horland v. NYU Langone Health, et al*
       Case No: 1:25-cv-05018-DLC

Your Honor:

We are counsel for Plaintiff Allan Horland in the above-referenced action. In accordance with Your Honor's Individual Rules, I respectfully write, **with Defendants' consent**, to request an extension of the initial pre-trial conference in this matter. The parties previously made one (1) request in writing for an extension of time, on January 20, 2026, which was granted.

The initial pre-trial conference is currently scheduled for February 13, 2026. This request is made because Plaintiff's counsel needs to address a family issue in Central New Jersey on that day. In addition, with the help of Magistrate Judge Aaron, the parties are in the process of negotiating a settlement agreement. Plaintiff's counsel received the first draft of settlement agreement on February 9, 2026 and will need time to review and discuss with Plaintiff.

The parties respectfully request the initial pre-trial conference be adjourned to February 27, 2026.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

BALLON STOLL P.C.

*/s/Bingyang Zhang*
Bingyang Zhang, Esq.
810 Seventh Avenue, Suite 405
New York, NY 10019
Telephone: (212) 575-7900
bzhang@ballonstoll.com
Attorneys for Plaintiff

NEW YORK CITY LAW DEPARTMENT

*/s/ Marina Sukonnik*
Marina Sukonnik, Esq.
100 Church Street
New York, NY 10007
Telephone: (212) 356-4015
msukonni@law.nyc.gov
Attorneys for Defendant

Hon. Denise Cote
February 10, 2026
Page 2

SO ORDERED:

_____

Hon. Denise Cote

-2-