UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
DR. ALLAN HORLAND,                         :
                                           :
                         Plaintiff,        :        25cv5018 (DLC)
                                           :
            -v-                            :        ORDER
                                           :
NEW YORK UNIVERSITY LANGONE HEALTH, et     :
al.,                                       :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has

been settled, it is hereby

    ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **April 3, 2026**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          March 4, 2026

                              _____
                              DENISE COTE
                              United States District Judge